# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cv 299

| | |
|---|---|
| ADRIENNE BOLIN, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| RHA HEALTH SERVICES NC, LLC, | ) |
| Defendant. | ) |

Pending before the Court is Defendant's Motion to Stay the Initial Attorneys' Conference [# 4]. The Parties were required to conduct an Initial Attorneys' Conference and file a Conference Report on November 29, 2017. The Parties, however, require additional time to determine if the named Defendant is the appropriate party Plaintiff wishes to bring action against. Defendant has asked that the Court extend the deadline to complete the attorneys' conference and file a report by two (2) weeks. Plaintiff has consented.

Therefore, the Court **GRANTS** the motion [# 4]. The Parties must conduct an Initial Attorneys' Conference and file their Conference Report by **December 13, 2017**.

Signed: December 4, 2017

Dennis L. Howell
United States Magistrate Judge