# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:17 cv 299

| | |
|---|---|
| ADRIENNE BOLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| RHA HEALTH SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is the motion for *pro hac vice* admission [# 17] filed by Randall D. Avram, counsel for Defendant RHA Health Services, Inc.

Upon review of the motion, it appears that Noelle A. Abastillas is a member in good standing with the Georgia Bar and will be appearing with Randall D. Avram, a member in good standing with the Bar of this Court. Additionally, the applicant has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the Motion [# 17]. The Court **ADMITS** Noelle A. Abastillas to practice *pro hac vice* before the Court while associated with local counsel.

Signed: January 3, 2018

Dennis L. Howell
United States Magistrate Judge